IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Date: November 19, 2013 |
| Court Reporter: | Kara Spitler | Probation: Justine Kozak |
| Interpreter: | N/A | |

Criminal Action No. 13-cr-00255-RBJ

*Parties*:                                               *Counsel*:

UNITED STATES OF AMERICA,          Joseph Mackey

    Plaintiff,

v.


2. ROY FERNANDO RAMOS                    David Johnson
    Defendant.

### COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session: 8:30 a.m.**

Appearances of counsel.

Defendant is present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on September 10, 2013 to count four of the Indictment.

**ORDERED:** Defendant shall be **imprisoned** for six (6) months.

Court RECOMMENDS that defendant receive credit for 98 days spent in custody.

Court RECOMMENDS that the Bureau of Prisons place the defendant in San Antonio, Texas, if practicable.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of three years.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Condition** of Supervised Release that:
- (X) Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shallpay the cost of treatment as directed by the probation officer.
- (X) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.
- (X) The defendant shall not associate with or have contact with any gang members and shall not participate in gang activity, to include displaying gang paraphernalia.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** [164] Motion to Dismiss Counts one, three, five, and six of the Indictment is

       GRANTED.

       [165] Government's Motion for Downward Departure is GRANTED.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED**:  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

       Defendant is REMANDED to the custody of the United States Marshal.

**Court in recess: 8:52 a.m.**

Hearing concluded.

Total time: 00:22